# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

TINA L. GRAHAM, )
 )
       Plaintiff, )
 )
v. ) Case No. CIV-16-015-KEW
 )
CAROLYN W. COLVIN, Acting )
Commissioner of Social )
Security Administration, )
 )
       Defendant. )

## O R D E R

In this action under the Social Security Act, Plaintiff, through her attorney, has moved the Court for an award of attorney's fees and costs pursuant to the provisions of the Equal Access to Justice Act ("EAJA"), codified at 28 U.S.C. § 2412(d). In its response, the Government states that it has no objection to a reasonable attorney fee in the amount of $3,236.00. The Court has reviewed the record in this case, including Plaintiff's Application, and concurs in the award requested. Consequently, Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed September 23, 2016 (Docket Entry #22) is hereby **GRANTED** and the Government is ordered to pay Plaintiff's attorney's fees in the amount of $3,236.00. In accordance with the ruling of the Tenth Circuit Court of Appeals, the award shall be made to Plaintiff as the prevailing party and not directly to Plaintiff's counsel. Manning v. Astrue, 510 F.3d 1246, 1255 (10th Cir. 2007); 28 U.S.C. § 2412(b). In addition, should Plaintiff's counsel ultimately be awarded attorney's fees

pursuant to 42 U.S.C. § 406(b)(1), counsel shall refund the smaller amount to Plaintiff. <u>Weakley v. Bowen</u>, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 26th day of September, 2016.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE